Submitted September 28, affirmed December 14, 2016

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

LEANNE ELAINE HARVEY,
*Defendant-Appellant.*

Lane County Circuit Court
201415536; A159601

385 P3d 89

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Emily P. Seltzer, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Duncan, Presiding Judge, and DeVore, Judge, and Garrett, Judge.

PER CURIAM

Affirmed. *State v. Silsby,* 282 Or App 104, 113, 386 P3d 172 (2016).